IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPHINE WALETZKO,

        Plaintiff,

   v.                                 Civil Action No.: 3:15-cv-00317-wmc

CAPITAL ONE, N.A. F/K/A HSBC BANK;    **ELECTRONICALLY FILED**
FD HOLDINGS LLC A/K/A KROLL
FACTUAL DATA, INC.; CORELOGIC
CREDCO, LLC; AND EQUIFAX
MORTGAGE SOLUTIONS LLC,

        Defendants.

## JOINT STIPULATION OF DISMISSAL
## OF DEFENDANT FD HOLDINGS LLC

Plaintiff and Defendant FD Holdings, LLC hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41, that Plaintiff's claims against Defendant FD Holdings, LLC, and only that Defendant, should be dismissed without prejudice, with each party to bear her or its own attorney's fees, costs and expenses.

WHEREFORE, Plaintiff and FD Holdings, LLC respectfully ask this Honorable Court to give effect to this Stipulation by entering the attached proposed Order.


Dated: September 1, 2015                   Respectfully submitted,

DELADURANTEY LAW OFFICE, LLC        PICADIO SNEATH MILLER & NORTON, P.C.

/s/ Nathan E. DeLadurantey                /s/ Jason A. Spak
Nathan E. DeLadurantey                     Jason A. Spak
735 W. Wisconsin Avenue, Suite 720       444 Liberty Avenue, Suite 1105
Milwaukee, WI 53233                        Pittsburgh, PA 15222
nathan@dela-law.com                         jspak@psmn.com
Phone: 414-377-0515                        Phone: (412) 288-4000
Fax:   414-755-0860                        Fax:   (412) 288-2405
*(Counsel for Plaintiff)*                         *(Counsel for Defendant FD Holdings, LLC)*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL OF DEFENDANT FD HOLDINGS LLC was electronically filed with the Court's the ECF system, which will serve process on the parties or their counsel of record, including:

Nathan E. DeLadurantey, Esquire
nathan@dela-law.com

Heidi N. Miller, Esquire
heidi@dela-law.com

Jon Stanek, Esquire
jon@staneklawoffice.com

*Counsel for Plaintiff*

Jeffrey D. Pilgrim, Esquire
jpilgrim@pilgrimchristakis.com

*Counsel for Capital One, N.A.*

Stephen Weigand, Esquire
Faruki Ireland & Cox P.L.L.
201 East Fifth St., Suite 1420
Cincinnati, OH  45202
sweigand@ficlaw.com

*Counsel for CoreLogic Credco, LLC*

Kendall William Carter , Esquire
King & Spalding
1180 Peachtree St. NE
Atlanta, GA 30309
kcarter@kslaw.com

*Counsel for Equifax Mortgage Solutions, LLC*

Dated:  September 1, 2015          PICADIO SNEATH MILLER & NORTON, P.C.

/s/ Jason A. Spak
Jason A. Spak