UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSEPHINE WALETZKO,<br><br>        Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A. F/K/A/ HSBC BANK ET AL.,<br><br>        Defendants. | Case No. 15-cv-317<br><br>**NOTICE OF DISMISSAL AS TO KROLL FACTUAL DATA, INC. ONLY** |

Plaintiff Josehine Waletzko, by counsel, hereby respectfully notifies the Court the Plaintiff's cause against Kroll Factual Data, Inc. shall be dismissed, without prejudice, with each party to bear their own costs and attorneys' fees.

This 1st day of October, 2015.        By: s/ Heidi N. Miller
                                                        Nathan E. DeLadurantey
                                                        Heidi N. Miller
                                                        DeLadurantey Law Office, LLC
                                                        735 W. Wisconsin Ave., Suite 720
                                                        Milwaukee, WI 53233
                                                        P: 414-377-0515
                                                        F: 414-755-0860
                                                        *Attorneys for the Plaintiff*