UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
WESTERN DIVISION

JOSEPHINE WALETZKO,                                    Case No. 15-cv-317-WMC

        Plaintiff,

vs.

CAPITAL ONE, N.A., et al.,

        Defendants.

# NOTICE OF SETTLEMENT AS TO EQUIFAX MORTGAGE SOLUTIONS LLC

      Plaintiff Josephine Waletzko and Defendant Equifax Mortgage Solutions LLC, by their respective counsel, hereby provide notice to the court that a settlement agreement between Josephine Waletzko and Equifax Mortgage Solutions LLC has been reached.  The Parties will prepare settlement documents and file a Stipulation of Dismissal within 30 days.

      s/ Heidi N. Miller
Nathan E. DeLadurantey (WI # 1063937)
Heidi N. Miller (WI # 1087696)
DELADURANTEY LAW OFFICE, LLC
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; (414) 755-0860 – Fax
*Attorneys for the Plaintiff*

      s/ Kendall W. Carter
Kendall W. Carter
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
(404) 572-4600; (404) 572-5100 - Fax
*Attorney for Defendant Equifax Mortgage Solutions LLC*