**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| JOSEPHINE WALETZKO, | Case No. 15-cv-317-WMC |
| Plaintiff, | |
| | **NOTICE OF DISMISSAL AS TO** |
| vs. | **EQUIFAX MORTGAGE SOLUTIONS** |
| | **LLC** |
| CAPITAL ONE, N.A., et al., | |
| Defendants. | |

Plaintiff Josephine Waletzko, and Defendant Equifax Mortgage Solutions LLC, by counsel, hereby respectfully notifies the Court that all matters herein between these parties have been settled, and that the Plaintiff's cause against Equifax Mortgage Solutions LLC shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 25th day of November, 2015.

By: s/ Heidi N. Miller
Nathan E. DeLadurantey
Heidi N. Miller
DeLadurantey Law Office, LLC
735 W. Wisconsin Ave., Suite 720
Milwaukee, WI 53233
P: 414-377-0515
F: 414-755-0860
*Attorneys for the Plaintiff*

s/ Kendall W. Carter
John Anthony Love
Kendall W. Carter
KING & SPALDING LLP
1180 Peachtree Street NE
Atlanta, GA 30309
P: 404-572-4600
F: 404-572-5100
*Attorneys for Defendant Equifax Mortgage Solutions LLC*