UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WISCONSIN

-----------------------------------------------------------

JOSEPHINE WALETZKO,

        Plaintiff,

  -vs-                           Case No. 15-CV-317

CAPITAL ONE, N.A. f/k/a
HSBC BANK; FD HOLDINGS, LLC
  a/k/a KROLL FACTUAL DATA, INC.;
CORELOGIC CREDCO, LLC;
  EQUIFAX MORTGAGE SOLUTIONS, LLC;
LEXISNEXIS RISK SOLUTIONS, INC.,

        Defendants.
-----------------------------------------------------------

           *    *    *    *    *    *

VIDEO DEPOSITION OF JOSEPHINE WALETZKO

TAKEN ON THE 15TH DAY OF FEBRUARY, 2016

AT NORTHWESTERN COURT REPORTERS

EAU CLAIRE, WISCONSIN

9:26 A.M.

           *    *    *    *    *    *

Taken before Shannon Caflisch, RPR

www.nwcourtreporters.com

nwcr@nwcourtreporters.com

1-800-628-7551

**Exhibit C**

```
 1
 2                       APPEARANCES:
 3
 4       NATHAN DELADURANTEY and HEIDI N. MILLER, of the
 5   DELADURANTEY LAW OFFICE, LLC, 735 West Wisconsin Avenue,
 6   Suite 720, Milwaukee, Wisconsin 53233, appeared representing
 7   the Plaintiff.
 8
 9       MATTHEW STROMQUIST, of the firm of PILGRIM CHRISTAKIS,
10   LLP, 321 North Clark Street, 26th Floor, Chicago, Illinois
11   60654, appeared representing the Defendant, Capital One, N.A.
12   f/k/a HSBC Bank.
13
14       MEAGAN ANNE MIHALKO, of the firm of TROUTMAN SANDERS,
15   LLP, Troutman Sanders Building, 1001 Haxall Point, Richmond,
16   Virginia 23218, appeared representing the Defendant,
17   CoreLogic Credco, LLC.
18
19       SUSAN E. GROH, of the firm of MCGUIRE WOODS, LLP,
20   77 West Wacker Drive, Suite 4100, Chicago, Illinois 60601,
21   appeared via Skype representing the Defendant, LexisNexis
22   Risk Solutions, Inc.
23
24       ALSO PRESENT:  Kraig Hildahl, videographer
25
```

**Exhibit C**

WALETZKO v. CAPITAL ONE, ET AL.  JOSEPHINE WALETZKO
2/15/2016

3

```
 1                          INDEX
 2
 3    EXAMINATION                                        PAGE
 4    Of Josephine Waletzko
 5        By Mr. Stromquist . . . . . . . . . . . . . . . .   7
 6        By Ms. Mihalko  . . . . . . . . . . . . . . . . 206
 7        By Ms. Groh . . . . . . . . . . . . . . . . . . 258
 8        By Mr. DeLadurantey . . . . . . . . . . . . . . 271
 9
10
11    OBJECTIONS
12        By Mr. DeLadurantey . . . 9,11,12,13,14,17,18,19,33,
13    35,36,38,39,41,43,44,45,46,47,48,49,50,53,54,55,56,57,58,
14    61,62,63,64,65,68,69,70,74,75,76,77,79,81,82,84,85,86,87,
15    88,89,90,91,96,98,99,101,102,103,104,105,106,107,109,110,
16    113,114,115,116,117,119,120,121,124,126,128,129,130,132,
17    134,135,136,137,138,139,140,142,144,145,156,147,151,152,
18    153,155,156,157,158,164,165,166,168,170,173,174,175,177,
19    179,180,181,184,187,188,189,190,191,192,193,194,195,196,
20    200,209,210,211,212,213,215,217,218,220,221,223,224,225,
21    226,227,228,229,230,232,233,234,235,236,237,238,239,240,
22    241,242,243,244,247,248,250,251,253,254,255,259,260,261,
23    262,264,265,266,267,268,269,270
24        By Mr. Stromquist . . . . . . . . . . . . . . . 277
25
```

**Exhibit C**

WALETZKO v. CAPITAL ONE, ET AL.                      JOSEPHINE WALETZKO
                                                          2/15/2016

4

```
 1                      (INDEX CONTINUED)
 2     EXHIBITS
 3      1    3-2009 HSBC Gold MasterCard summary . . . . . .  34
 4      2    4-2009 HSBC Gold MasterCard summary . . . . . .  46
 5      3    5-4-09 letter from HSBC to Josephine Waletzko   50
 6      4    Kroll Factual Data residential merged credit
 7           report for United Bank . . . . . . . . . . . . . 53
 8      5    6 pages of handwritten notes - 6-13-13 faxed . . 67
 9      6    Amended Complaint . . . . . . . . . . . . . . .  72
10      7    Rule 26(a)(1) Disclosure of Plaintiff . . . . .  82
11      8    1-19-13 Uniform Residential Loan Application    91
12      9    1-22-13 email from Corey Verhel to Jose Aguilar 95
13     10    1-23-13 Statement of Credit Denial, Termination
14           or Change . . . . . . . . . . . . . . . . . . . 100
15     11    4-4-13 letter from Quicken Loans to David Bundy
16           and Josephine Waletzko . . . . . . . . . . . . 104
17     12    7-30-13 letter from First National Bank of Omaha 113
18     13    1-7-14 letter from State Farm . . . . . . . . . 123
19     14    8-20-13 billing statement from American Family  131
20     15    State Farm declarations page - Jan. 6, '14 -
21           July 6, '14 . . . . . . . . . . . . . . . . . . 133
22     16    3-1-14 Dealertrack Technologies application . . 145
23     17    8-15-14 Royal Credit Union express application  159
24     18    5-31-13 Royal Credit Union adverse action notice 163
25     19    7-31-14 Peoples State Bank of Bloomer Notice of
```

Northwestern Court Reporters
1-800-628-7551

**Exhibit C**

| 1  |    | Credit Denial, Termination, or Change and |     |
| 2  |    | Statement of Reasons . . . . . . . . . . . . . . | 167 |
| 3  | 20 | 7-2-13 letter from HSBC to Josephine Waletzko | 191 |
| 4  | 21 | 4 paychecks of Josephine Waletzko from Chippewa |     |
| 5  |    | Sand Transport . . . . . . . . . . . . . . . . | 196 |
| 6  | 22 | Kroll Factual Data residential merged credit |     |
| 7  |    | report for United Bank . . . . . . . . . . . . | 209 |
| 8  | 23 | Kroll Factual Data residential merged credit |     |
| 9  |    | report for Consumer Loan Services, LLC . . . . | 216 |
| 10 | 24 | CredStar credit report for Josephine Waletzko | 220 |
| 11 | 25 | 7-24-14 letter from Josephine Waletzko to Kroll |     |
| 12 |    | Factual Data Bureau Express . . . . . . . . . . | 247 |
| 13 | 26 | Complaint in the Josephine Waletzko v. Experian |     |
| 14 |    | Information Solutions, Inc. and Equifax |     |
| 15 |    | Information Services, LLC . . . . . . . . . . . | 250 |
| 16 | 27 | 1-6-14 consumer credit information from Experian |     |
| 17 |    | National credit file for insurance purposes . . | 262 |

                              * NOTE *

(Original exhibits were attached to original transcript;
copies to transcript copies.)

**Exhibit C**

1   VIDEO TECHNICIAN: We're on the record. This
2   is the videotaped deposition of Josephine Waletzko
3   taken on February 15th, 2016. The time now is 9:26
4   a.m. This deposition is being taken in the matter
5   of Josephine Waletzko versus Capital One, et al.
6   filed in the U.S. District Court of the Western
7   District of Wisconsin, Case No. 15-CV-317.
8       This deposition is taking place in Eau Claire,
9   Wisconsin. My name is Kraig Hildahl. I'm the
10  videographer representing Northwestern Court
11  Reporters.
12      Will counsel please identify themselves for
13  the record?
14      MR. DELADURANTEY: Attorney Nathan
15  DeLadurantey represents Ms. Waletzko, accompanied
16  by Attorney Heidi Miller.
17      MR. STROMQUIST: My name is Matt Stromquist
18  for the defendant, Capital One.
19      MR. DELADURANTEY: Just lean towards Matt and
20  belt it out.
21      MS. MIHALKO: Meagan Mihalko for defendant,
22  CoreLogic Credco, LLC.
23      MS. GROH: And Susan Groh, G-r-o-h, on behalf
24  of LexisNexis.
25      VIDEO TECHNICIAN: Will the court reporter

| | | |
|---|---|---|
| 1 | Q | Have you had any direct personal contact with anyone at |
| 2 | | Capital One? |
| 3 | A | No, not that I remember. |
| 4 | Q | Okay. Can you understand at all why Capital One would |
| 5 | | want verification that, in fact, you are alive and not |
| 6 | | deceased as you had been reported for a number of years? |
| 7 | | MR. DELADURANTEY: I'm going to -- |
| 8 | Q | (By Mr. Stromquist, continuing) Does that make sense to |
| 9 | | you? |
| 10 | | MR. DELADURANTEY: I'm going to object. Calls |
| 11 | | for speculation, facts not in evidence, testimony |
| 12 | | outside of my witness's actual knowledge. |
| 13 | | If you're asking her to speculate about |
| 14 | | Capital One's information, which I would note is |
| 15 | | deemed confidential for some reason under a |
| 16 | | protective order, you are asking her to speculate, |
| 17 | | correct? |
| 18 | | MR. STROMQUIST: I'm just asking her if she |
| 19 | | has -- if she can understand and appreciate why |
| 20 | | Capital One would want verification -- |
| 21 | | MR. DELADURANTEY: Well, there's a lack of |
| 22 | | foundation -- |
| 23 | | MR. STROMQUIST: -- from you that, in fact, |
| 24 | | you are alive and not deceased. |
| 25 | | MR. DELADURANTEY: -- there's a lack of |

| | | |
|---|---|---|
| 1 | | foundation that they requested that. |
| 2 | | MR. STROMQUIST: Sure. That's fine. |
| 3 | Q | (By Mr. Stromquist, continuing) You can answer. |
| 4 | A | I don't know. I wasn't worried about Capital One. |
| 5 | | That's their problem. They report me as deceased, let |
| 6 | | them deal with it. |
| 7 | Q | It was their problem, not yours, right? |
| 8 | A | Yeah. I don't even know why they even put it down in |
| 9 | | the first place. There was no death certificate |
| 10 | | anywhere. |
| 11 | Q | Okay. But wouldn't it be reasonable for Capital One to |
| 12 | | want -- to have some kind of actual documentation that |
| 13 | | you were, in fact, alive; particularly given that the |
| 14 | | amount of time had passed since 2009 that you were |
| 15 | | reported as deceased? |
| 16 | | MR. DELADURANTEY: I'm going to object. That |
| 17 | | is actually a legal conclusion. As you're well |
| 18 | | aware, the FCRA leaves it up to a jury to conclude |
| 19 | | whether or not Capital One's policies are |
| 20 | | reasonable, not Ms. Waletzko. |
| 21 | | MR. STROMQUIST: Yeah. I'm wondering if she |
| 22 | | thought it was reasonable. |
| 23 | A | I don't know. No. I don't know. |
| 24 | Q | (By Mr. Stromquist, continuing) But you didn't provide |
| 25 | | them that verification, correct? |

1          MR. DELADURANTEY: Objection, calls for

2          speculation.

3  A  I wouldn't give them nothing. After they did that to

4     me, I wouldn't give them nothing.

5  Q  **(By Mr. Stromquist, continuing) Thank you.**

6          MR. STROMQUIST: I am just about there,

7     Meagan.

8          MR. DELADURANTEY: Just making sure we have

9     Susan on the line. I can't see the screen from

10    here.

11         MR. STROMQUIST: Right. Susan?

12         MS. GROH: Yeah, I'm here.

13         MR. DELADURANTEY: Just given the day, I

14    thought I would just randomly check in. Sorry.

15         MS. GROH: Sure. Yeah. And I'm only having a

16    little trouble hearing you, Nathan.

17         MR. DELADURANTEY: I'll try to -- try to pipe

18    up a little bit.

19         MS. GROH: Sure.

20         (Deposition Exhibit 21 was marked for

21     identification.)

22         MR. STROMQUIST: I only have one copy of

23    these, as well. I apologize.

24  Q  **(By Mr. Stromquist, continuing) I'm almost done,**

25    **Ms. Waletzko, with my line of questioning.**

**Exhibit C**