# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSEPHINE WALETZKO,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ONE, N.A. F/K/A HSBC BANK; FD HOLDINGS LLC A/K/A KROLL FACTUAL DATA, INC.; CORELOGIC CREDCO, LLC; AND EQUIFAX MORTGAGE SOLUTIONS, LLC,<br><br>Defendants. | Case No.: 15-cv-317 |

## DEFENDANT CAPITAL ONE'S NOTICE OF WITHDRAWAL OF ITS REQUEST FOR ATTORNEYS' FEES AND EXPENSES

Defendant Capital One Bank (USA), N.A., incorrectly sued as "Capital One, N.A., f/k/a HSBC Bank," ("Capital One"), by counsel, hereby files its Notice of Withdrawal of its Request for Attorneys' Fees and Expenses, and states as follows:

1.	Plaintiff filed her Motion to Compel Production on March 4, 2016. [Dkt. #68.]

2.	Capital One filed its Response on March 11, 2016, in which it included a request for its fees and expenses, pursuant to Fed. R. Civ. P. 37. [Dkt. #69.]

3.	On March 14, 2016, this Court denied Plaintiff's Motion, and stayed Capital One's request for fees and expenses pending further submissions. [Dkt. #71.]

4.	By this Notice, Capital One hereby informs the Court that it has decided to withdraw its request for its fees and expenses made in connection with Plaintiff's Motion.

          CAPITAL ONE BANK (USA), N.A.

    By: /s/Matthew O. Stromquist
        One of its attorneys

Jeffrey D. Pilgrim
Matthew O. Stromquist
Pilgrim Christakis LLP
321 North Clark Street, 26th Floor
Chicago, IL 60654
(312) 361-3457

**CERTIFICATE OF SERVICE**

      Matthew O. Stromquist, an attorney, certifies that on March 18, 2016, he electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered users.

                                                  /s/ Matthew O. Stromquist