UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSEPHINE WALETZKO,   Case No. 15-cv-317

      Plaintiff,

vs.

CAPITAL ONE, N.A. F/K/A HSBC BANK; CORELOGIC CREDCO, LLC; AND LEXISNEXIS RISK SOLUTIONS, INC.,

      Defendants.

---

**NOTICE OF SETTLEMENT AS TO CAPITAL ONE BANK (USA), N.A.**

---

Plaintiff Josephine Waletzko and Defendant Capital One Bank (USA), N.A., by their respective counsel, hereby provide notice to the court that this matter has been resolved between them. The parties are finalizing the paperwork necessary to effectuate the settlement and will file a Stipulation of Dismissal once that process is complete.

    s/ Heidi N. Miller
Nathan E. DeLadurantey (WI # 1063937)
Heidi N. Miller (WI # 1087696)
DELADURANTEY LAW OFFICE, LLC
735 W. Wisconsin Avenue, Suite 720
Milwaukee, WI  53233
(414) 377-0515; (414) 755-0860 – Fax
*Attorneys for the Plaintiff*

    s/ Matthew O. Stromquist
Jeffrey D. Pilgrim
Matthew O. Stromquist
321 North Clark Street, 26th Floor
Chicago, IL 60654
Ph. (312) 939-6580
*Attorney for Defendant Capital One Bank (USA) N.A.*