UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOSEPHINE WALETZKO,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CAPITAL ONE, N.A., F/K/A HSBC BANK, ET AL.,<br><br>　　　　　　Defendants. | Case No. 15-cv-317<br><br>**STIPULATION OF DISMISSAL AS TO CAPITAL ONE, N.A., F/K/A HSBC BANK** |

　　　Plaintiff Josephine Waletzko, by counsel, and Defendant Capital One Bank (USA), N.A., incorrectly sued as Capital One, N.A., F/K/A HSBC Bank ("Capital One"), by counsel, hereby respectfully stipulate and notify the Court that all matters herein between the two parties have been settled, and that the Plaintiff's cause against Capital One shall be dismissed, with prejudice, with each party to bear their own costs and attorneys' fees.

This 12th day of July, 2016.

　　　　　　　　　　　　　　　　　　By: s/ Heidi N. Miller
　　　　　　　　　　　　　　　　　　Nathan E. DeLadurantey
　　　　　　　　　　　　　　　　　　Heidi N. Miller
　　　　　　　　　　　　　　　　　　DeLadurantey Law Office, LLC
　　　　　　　　　　　　　　　　　　735 W. Wisconsin Ave., Suite 720
　　　　　　　　　　　　　　　　　　Milwaukee, WI 53233
　　　　　　　　　　　　　　　　　　P: 414-377-0515; F: 414-755-0860
　　　　　　　　　　　　　　　　　　*Attorneys for the Plaintiff*

　　　　　　　　　　　　　　　　　　s/ Matthew O. Stromquist
　　　　　　　　　　　　　　　　　　Jeffrey D. Pilgrim
　　　　　　　　　　　　　　　　　　Matthew O. Stromquist
　　　　　　　　　　　　　　　　　　321 North Clark Street, 26th Floor
　　　　　　　　　　　　　　　　　　Chicago, IL 60654
　　　　　　　　　　　　　　　　　　P: 312-849-8100
　　　　　　　　　　　　　　　　　　*Attorney for Defendant Capital One Bank (USA), N.A.*