# EXHIBIT B

# Previous Expert Testimony
# Past Four Years

## TRIAL AND ARBITRATION TESTIMONY (9)

*AURGROUP Credit Union, et. al., v. California Credit Union*
   Testimony in Arbitration (JAMS), Los Angeles, California (October 2011)

*California Bank and Trust v. Kruger*
   Testimony in California Superior Court, Los Angeles, California
   (March 2012)

*SA Challenger v. Kaman Fox Goldsham, et. al.*
   Testimony in Arbitration (JAMS), Los Angeles, California
   (September 2013)

*Anyia v. One West Bank*
   Testimony in Arbitration (ARC), Los Angeles, California (October 2013)

*LFG Liquidation Trust v. Ernst & Young, LLP*
   Testimony in Arbitration (ARC), Richmond Virginia (October 2014)

*LWL Investment Group v. Universal Bank*
   Testimony in California Superior Court –Los Angeles, CA (April 2015)

*Livermore Acres v. Bank of Stockton*
   Testimony in California Superior Court – Stockton, CA (June & August 2015)

*Pickett v. Wachovia*
   Testimony in California Superior Court – Santa Ana, CA (October 2015)

*Moore v. Wells Fargo Bank*
   Testimony in California Superior Court – Auburn, CA (November 2015)

## DEPOSITIONS (25)

*AURGROUP Credit Union, et. al. v. California Credit Union*
    Deposition (September 2011)

*California Bank and Trust v. Kruger*
    Deposition (February 2012)

*Royal Business Bank v. A.G.C.A.*
    Deposition (March 2013)

*Wells Fargo Equipment Finance v. Renaissance Surgical Arts at Newport Harbor*
    Deposition (September 2013)

*SA Challenger v. Kaman, Fox, Goldsham, et. al.*
    Deposition (September 2013)

*Manhattan Lofts v. Sixth and Spring LLC*
    Deposition (October 2013)

*Anyia v. One West Bank*
    Deposition (October 2013)

*Badame v. JP Morgan Chase Bank*
    Deposition (January 21, 2014)

*FDIC (as Receiver for Cooperative Bank) v. Willetts, et. al.*
    Deposition (April 24, 2014)

*Pritikin v. Comerica Bank*
    Deposition (May 2, 2014)

*Sorrento Pavilions, LLC v. East West Bank*
    Deposition (May 28, 2014)

*LFG Liquidation Trust v. Ernst & Young, LLP*
    Deposition (July 17, 2014)

*Roslyn Lane LLC v. Royal Business Bank*
    Deposition (August 4, 2014)

*Brandenburger v. Wells Fargo Bank*
    Deposition (October 10, 2014)

*Pickett v. Wells Fargo Bank*
    Deposition (February 12, 2015)

*Moore v. Wells Fargo Bank*
    Deposition (March 18, 2015)

Livermore Acres v. *Bank of Stockton*
    Deposition (April 22, 2015)

*Great American Insurance Company of NY v. CR Operating Company*
    Deposition (July 2, 2015)

*Cruces Equity Partners v. First American Bank, et. al.*
    Deposition (July 14, 2015)

*Rosenberger v. United Community Bancshares, Inc.*
    Deposition (August 5, 2015)

*Chelan County v. Bank of America*
    Deposition (August 26, 2015)

*Farmers & Merchants Bank of Long Beach v. Ukleja*
    Deposition (October 14, 2015)

*Franko v. Banc of California*
    Deposition (December 2, 2015)

*Joyce v. CoreLogic Credco, LLC*
    Deposition (December 11, 2015)

*Harris v. CoreLogic Credco, LLC*
    Deposition (December 11, 2015)

*Howe Investment Company Limited v. Quarles & Brady, LLP*
    Deposition (March 28, 2016)

## DECLARATIONS AND REPORTS (35)

*Pickett v. Wachovia Bank*
    Declaration (May 4, 2012)

*Redwood Mortgage Investors v. Diablo Villas, LLC*
    Declaration (February 28, 2013)

*Levy v. Richards*
    Declaration (March 26, 2013)

*Royal Business Bank v. A.G.C.A.*
    Declaration (April 18, 2013)

*LWL Investment Group v. Universal Bank*
    Declaration (August 10, 2013)

*Wells Fargo Equipment Finance v. Renaissance Surgical Arts at Newport Harbor*
    Declaration (August 13, 2013)

*Revere Financial Corporation v. Roger*
    Declaration (September 18, 2013)

*Bank of America v. Chicago Title*
    Declaration (November 8, 2013)

*Badame v. JP Morgan Chase Bank*
    Expert Report (December 9, 2013)

*FDIC (as Receiver for Cooperative Bank v. Willetts, et. al.*
    Expert Report (December 9, 2013)

*Celtic Bank Corporation v. Oceanside at Vine LLC*
    Expert Report (January 24, 2014)

*FDIC (as Receiver for Cooperative Bank v. Willetts, et. al.*
    Expert Rebuttal Report (February 21, 2014)

*LFG Liquidation Trust v. Ernst & Young, LLP*
    Expert Report (May 19, 2014)

*Sorrento Pavilion, LLC v. East West Bank*
    Declaration (May 22, 2014)

*United States of America v. Israel*
    Expert Report (May 27, 2014)

*Clark County v. Metro HQ, LLC*
    Expert Report (July 10, 2014)

*U.S. Bank v. Augusta Financial, Inc.*
    Expert Report (August 1, 2014)

*Clark County v. Metro HQ, LLC*
    Expert Rebuttal Report (August 8, 2014)

*Brandenburger v. Wells Fargo Bank, N.A.*
    Declaration (August 11, 2014)

*Chelan County v. Bank of America*
    Expert Report (April 21, 2015)

*CSMC 2006-C5 Office v. Vinod Gupta*
    Expert Report (May 25, 2015)

*Page v. CoreLogic Credco*
    Expert Report (May 31, 2015)

*Joyce v. CoreLogic Credco*
    Expert Report (June 1, 2015)

*Redding v. CoreLogic Credco*
    Expert Report (June 1, 2015)

*Ford v. DataQuick Information Services, Inc.*
    Expert Report (June 24, 2015)

*Rosenberger v. United Community Bancshares, Inc.*
    Expert Report (July 15, 2015)

*Credit Union 1 v. Reid*
    Expert Report (September 15, 2015)

*Banc of California v. Franko*
    Expert Report (October 2, 2015)

*Burden v. CoreLogic Credco, LLC*
    Expert Report (October 12, 2015)

*Harris v. CoreLogic Credco, LLC*
    Expert Report (October 15, 2015)

*Dan Qing Lin v. CoreLogic Credit, LLC*
    Expert Report (November 16, 2015)

*Bodeker v. JP Morgan Chase Bank*
    Expert Report (December 30, 2015)

*Howe Investments Company Limited v. Quarles & Brady, LLP*
    Expert Report (March 1, 2016)

*Banning Healthcare Investments, LLC v. Ventas, Inc.*
    Expert Report (March 15, 2016)

*Red Mortgage Capital, LLC vs. Verandas at Crestview LLC*
    Expert Report (May 4, 2016)

# PUBLICATIONS & ARTICLES

None