IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPHINE WALETZKO,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

  v.                                    Case No.   15-cv-317-wmc

CORELOGIC CREDCO, LLC,

    Defendant.

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant CoreLogic Credco, LLC against plaintiff Josephine Waletzko dismissing this case.

| s/ A. Wiseman, Deputy Clerk | October 12, 2016 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |